FILED

2015 DEC 29 PM 3:44

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

vs. CASE NO.: 3:15-MJ-1170-J-JRK

JOSHUA RYNE GOLDBERG,

Defendant.
_______________________________________/

## MOTION FOR ORAL ARGUMENT

Media Intervenors, Morris Publishing Group LLC, d/b/a The Florida Times-Union, The Associated Press, Multimedia Holdings Corporation d/b/a WTLV/WJXX First Coast News, Graham Media Group, Florida, Inc., d/b/a WJXT News4Jax, and Cox Television Jacksonville, LLC, WJAX/WFOX, pursuant to Local Rule 3.01(j), hereby request oral argument on their Motion to Intervene for Purposes of Opposing Defendant's Motion to Seal Competency Evaluation Report, and estimates the time required for such a hearing would be 40 minutes.

**HOLLAND & KNIGHT LLP**

/s/ Timothy J. Conner
Timothy J. Conner (FBN 0767580)
Jennifer A. Mansfield (FBN 0186724)
50 N. Laura Street, Suite 3900
Jacksonville, Florida 32202
(904) 353-2000
(904) 358-1872 (fax)
timothy.conner@hklaw.com
jennifer.mansfield@hklaw.com

Attorneys for Media Intervenors, Morris Publishing Group LLC, d/b/a The Florida Times-Union, The Associated Press, Multimedia Holdings Corporation d/b/a WTLV/WJXX First Coast News, Graham Media Group, Florida, Inc., d/b/a WJXT News4Jax, and Cox Television Jacksonville, LLC, WJAX/WFOX

Edward L. Birk
Florida Bar No. 0068462
**MARKS GRAY, P.A.**
P.O. Box. 447 (32201)
Suite 800
1200 Riverplace Boulevard
Jacksonville, FL 32207
Telephone: (904) 398-0900
Facsimile: (904) 399-8440
ebirk@marksgray.com
jpopovici@marksgray.com

Attorneys for Graham Media Group, Florida, Inc., d/b/a/ WJXT-TV4

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically will send email notification of such filing to the following attorney(s) of record:

Harry L. Shorstein
Jeremy Lasnetski
Paul A. Shorstein
Shorstein, Lasnetski & Gihon, LLC
6550 St. Augustine Rd., Suite 303
Jacksonville, FL 32217
Email: Harry@jaxtriallaw.com
Email: jeremy@slgattorneys.com
Email: paul@jaxtriallaw.com
*Attorneys for Defendant*

Kevin C. Frein
United States Attorney's Office – FLM
300 N. Hogan Street, Suite 700
Jacksonville, FL 32202
Email: Kevin.Frein@usdoj.gov

/s/ Timothy J. Conner
Attorney

#38189900_v1