**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

**vs.** **Case No. 3:15-mj-1170-J-JRK**

**JOSHUA RYNE GOLDBERG**

# ORDER

This cause is before the Court on Defendant's Unopposed Motion to Seal Competency Evaluation Report (Doc. No. 28; "Motion to Seal"), filed December 16, 2015, and the following two motions filed on December 29, 2015, by various media entities: Motion to Intervene for Purposes of Opposing Defendant's Motion to Seal Competency Evaluation Report, and Request for Hearing (Doc. No. 33; "Motion to Intervene") and Motion for Oral Argument (Doc. No. 34).

The motions concern Government's Exhibit 2 that was entered into evidence at the competency hearing held before the undersigned on December 14, 2015. The exhibit is a report authored on November 13, 2015 by Lisa B. Feldman, Psy.D., regarding her competency evaluation of Defendant. See Doc. No. 25 (Minute Entry). At the competency hearing, Defendant orally moved to seal the exhibit. See id.; Doc. No. 26 (oral motion). The undersigned entered an Order (Doc. No. 30) on December 16, 2015 temporarily sealing the exhibit and directing Defendant to file a motion no later than December 22, 2015 to request that the exhibit be sealed. The Order also stated that "[t]he Government or any other interested party may file an opposition no later than December 29, 2015." Order (Doc. No. 30).

In the Motion to Seal, filed pursuant to the December 16, 2015 Order, Defendant requests that the Court seal Government's Exhibit 2. See Motion to Seal at 1-2. Although Defendant's Motion sets out briefly his position that Dr. Feldman's report should be sealed because it contains information he asserts is "sensitive and potentially embarrassing to him," id. at 3, Defendant does not address the public interest at stake. As for the Government, rather than file any response to the Motion to Seal, it merely indicated to Defendant that it has no objection to the relief sought by Defendant. See id. at 2.

Although the Government has not opposed Defendant's Motion, interested parties of the public have now clearly expressed their opposition. See generally Motion to Intervene. The Motion to Intervene and the Motion for Oral Argument were filed by the following entities: Morris Publishing Group LLC, d/b/a The Florida Times-Union; The Associated Press; Multimedia Holdings Corporation d/b/a WTLV/WJXX First Coast News; Graham Media Group, Florida, Inc., d/b/a WJXT News4Jax; and Cox Television Jacksonville, LLC, WJAX/WFOX (collectively, "Media Intervenors"). In the Motion to Intervene, the Media Intervenors seek "to intervene in this action for the limited purpose of opposing Defendant's [Motion to Seal]." Motion to Intervene at 1. The Media Intervenors also request a hearing for oral argument on their Motion to Intervene. See id.; Motion for Oral Argument (Doc. No. 34). In addition, the Media Intervenors set out their arguments opposing the Motion to Seal and seek an order unsealing the exhibit at issue. See id. at 6-16.

Considering the public interest at stake in the decision whether to seal evidence, as articulated by the Media Intervenors, see generally Motion to Intervene, the undersigned

finds that the issues before the Court must be addressed and developed more fully for the Court to rule on the Motion to Seal and the Motion to Intervene.

Accordingly, it is

**ORDERED**:

1. Defendant's Unopposed Motion to Seal Competency Evaluation Report (Doc. No. 28) is **TAKEN UNDER ADVISEMENT**.

2. The Motion to Intervene for Purposes of Opposing Defendant's Motion to Seal Competency Evaluation Report, and Request for Hearing (Doc. No. 33) is **GRANTED** to the extent that it requests a hearing. Otherwise, the motion is **TAKEN UNDER ADVISEMENT**.

3. The Motion for Oral Argument (Doc. No. 34) is **GRANTED**.

4. A hearing on the Motion to Intervene (Doc. No. 33) is set for **Monday, January 25, 2016, at 2:00 p.m.**, to take place before the undersigned in Courtroom 5D, Fifth Floor, 300 North Hogan Street, Jacksonville, Florida. **Defendant's presence is not required at the hearing.**

5. No later than **January 19, 2016**, Defendant and the Government shall respond to the Motion to Intervene for Purposes of Opposing Defendant's Motion to Seal Competency Evaluation Report, and Request for Hearing (Doc. No. 33). The parties are directed to support their respective arguments with legal authority.

**DONE AND ORDERED** at Jacksonville, Florida on December 30, 2015.

James R. Klindt
**JAMES R. KLINDT**
United States Magistrate Judge

clr
Copies to:

Assistant United States Attorney (Frein)

Paul A. Shorstein, Esquire

Jennifer A. Mansfield, Esquire (counsel for Morris Publishing Group, LLC; The Associated Press; Multimedia Holdings Corporation; Graham Media Group, Florida, Inc.; and Cox Television Jacksonville, LLC, WJAX/WFOX)

Timothy J. Conner, Esquire (counsel for Morris Publishing Group, LLC; The Associated Press; Multimedia Holdings Corporation; Graham Media Group, Florida, Inc.; and Cox Television Jacksonville, LLC, WJAX/WFOX)

Edward L. Birk, Esquire (counsel for Graham Media Group, Florida, Inc.)