**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

**vs.** **Case No. 3:15-mj-1170-JRK**

**JOSHUA RYNE GOLDBERG**

---

# ORDER

Anne Schindler of First Coast News is permitted to enter the United States Courthouse with a laptop computer on **Monday, January 25, 2016**, for the motion hearing scheduled at 2:00 P.M. in Unites States v. Goldberg. However, there will be no live transmission from the courtroom and no audio or video recording is allowed.

**DONE AND ORDERED** at Jacksonville, Florida on January 19, 2016.

James R. Klindt
**JAMES R. KLINDT**
United States Magistrate Judge

mdc
Copies to:
Counsel of Record
U.S. Marshal
Court Security Office