UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v. Case No. 3:15-mj-1170-J-JRK

JOSHUA RYNE GOLDBERG

**WAIVER OF RIGHT TO BE INDICTED WITHIN 30 DAYS OF ARREST**

I, JOSHUA RYNE GOLDBERG, the defendant in the above-captioned case, who is accused in a criminal complaint of distribution of information relating to explosives, destructive devices, and weapons of mass destruction, in violation of Title 18, United States Code, Section 842(p), pursuant to Title 18, United States Code, Section 3161(2), hereby waives any right that I may have to be indicted within thirty days from the date of my arrest. I have consulted with my attorney regarding my rights and I am executing this waiver with full knowledge of my rights. I have not been pressured, threatened, or coerced into executing this waiver and I do so freely and voluntarily.

**I HEREBY waive (give up) any right that I may have to be indicted within thirty days from the date on my arrest.**

JOSHUA RYNE GOLDBERG

Date: May 4, 2017

PAUL A. SHORSTEIN
Attorney for Defendant

Approved by Court:

JAMES R. KLINDT
United States Magistrate Judge